**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEREMY KENNEDY                                                                                              PETITIONER
ADC # 093061

v.                                              5:15CV00368-JLH-JJV

WENDY KELLEY, Director, Arkansas
Department of Correction; *et al.*                                                                      RESPONDENTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Petitioner, Jeremy Kennedy, is serving a twenty-year term of imprisonment in the Arkansas Department of Correction (ADC) for residential burglary and theft of property that occurred in February 2013.[1]  He is also serving a thirteen-year concurrent sentence for residential burglary and theft of property that occurred in January 2013.[2]

Mr. Kennedy previously filed a petition writ of habeas corpus[3] in this Court on June 8, 2015, arguing the ADC and Arkansas Parole Board violated his constitutional rights by denying his transfer to a transitional housing facility a year prior to his proposed release date.  I held his challenge was without merit because Mr. Kennedy has neither a liberty interest in parole nor being transferred.  Mr. Kennedy appealed my decision to the United States Court of Appeals for the Eighth Circuit,[4] and that appeal is now pending.

Mr. Kennedy filed the instant Petition again arguing Arkansas Parole Regulations do create

---

[1] Cleburne County Circuit Court, Case No. CR-2013-37.

[2] White County Circuit Court, Case No. CR-2013-474.

[3] *Kennedy v. Kelley*, 5:15CV00184-JJV.

[4] Eighth Circuit Court of Appeals, Case No. 15-3159.

a liberty interest in parole, and seeks prospective relief to enjoin the parole board from transferring him to Therapeutic Community (T.C.) should he be recommended for parole. (Doc. No. 2.) He asks the Court to order the Parole board to "not require Kennedy to take T.C. or any other action." (*Id.* at 9.)

Habeas relief is only available to a person who is in custody "in violation of the Constitution." 28 U.S.C. §2254(a). Mr. Kennedy has not yet been to the Parole Board, so, at this stage, this issue is not yet ripe. So Mr. Kennedy is currently not in custody in violation of the Constitution, and, therefore, his Petition must be dismissed.

## CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Mr. Kennedy's Petition for Writ of Habeas Corpus (Doc. No. 2) be DISMISSED without prejudice, the requested relief be DENIED; and

2. Respondent Kelley's Motion to Dismiss (Doc. No. 6) as successive be DENIED.

IT IS SO ORDERED this 20th day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE